**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 1, 2022.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-21-00435-CV**

---

**UNION PACIFIC RAILROAD COMPANY, Appellant**

**V.**

**EDGAR HARRISON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF TWYNCEOLA BATISTE DECEASED); HENRY HARRISON; JOHNNY HAYES; ARTINCE HEATHMON; RONALD HENDERSON; ANNIE HILL; ROBERT JAMES HILLARD, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JANELL HILLARD (DECEASED); CHARLENE HOGAN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LOUISE WILLIAMS (DECEASED); SHAWNA JACKSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CLARENCE WILLIAM JACKSON (DECEASED); CLAYTON JACKSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BARBARA ROBERTSON (DECEASED); JENNIFER JACKSON; KAREN MAYES JACKSON; LULA MAE JACOBS; ANGELA JACOBS-WHITE; DONNIE JEFFERSON; DANYELLE JEFFERSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BARBARA A. MILES (DECEASED); ROY JEFFERSON; DONALD JACKSON; NATALIE JOHNSON; RAYMOND JOHNSON; LEONARD JOHNSON; RODRICK**

**JOHNSON; ALBERTA JOHNSON; FRANCIS JOHNSON; FERN JONES; JOSEPH LADAY; BONNIE FAYE LANDERY; UELLA ELDER-MCPHERSON; LESTER MURPHY, JR.; MAGGIE NASH; RICHARD NASH; MONICA ODUMS-ORTIZ; RANULFO OJEDA, SR., INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARIA MARGARITA OJEDA (DECEASED); DIANNE OSBORNE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LEONARD SUTTON (DECEASED); ANNIE PARKER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CHARLES HOLMAN (DECEASED); RITA PAYNE-JORDAN; BOBBIE PENNAMON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROBERT PENNAMON (DECEASED); CATHERINE PETERSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF EMILY PETERSON (DECEASED); RANDY PETERSON; DELORES PETERSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DONALD PETERSON (DECEASED); YVONNE PHILLIPS; GREGORY POTIER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JAMES VIC POTIER (DECEASED); SIRCAR PRADIA; MARY ELLIS RANDLE; AND JAMES RANDLE, JR., Appellees**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-22019**

---

### MEMORANDUM OPINION

This is a statutory interlocutory appeal from an order signed June 28, 2021. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 27.003, 51.015(12). On August 23, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

### PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.